# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2017

155719

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

*In re* A. L. BINYARD, Minor

SC: 155719
COA: 333485
Wayne CC Family Division:
    12-508893-NA

_____/

On order of the Court, the application for leave to appeal the April 18, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2017



Clerk

t0613